UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,
Plaintiff,

-against-

M. KOPP, *Acting Superintendent of Sing Sing Correctional Facility,*
Defendant.

25-CV-6907 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A package containing the prior orders in this case was sent out on June 30, 2026. If Petitioner has not yet received it he should renew his request for an update by sending another letter to the Court.

DATED: July 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**