UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,
Plaintiff,

-against-

M. KOPP, *Acting Superintendent of Sing Sing Correctional Facility,*
Defendant.

25-CV-6907 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A status conference is scheduled for Monday, August 24, 2026 at 12 PM. Accordingly, it is hereby ORDERED that the Warden or other custodian responsible for Plaintiff's confinement at Sing Sing Correctional Facility: 354 Hunter Street, Ossining, NY 10562, no later than 12 PM, bring the Plaintiff to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel for Defendants. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Counsel for Defendants must: (1) send this Order to the Warden immediately; (2) contact the Sing Sing Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) **dial into the teleconference line at (646) 453-4442, Access Code: 284 411 902#,** on **Monday, August 24, 2026 at 12 PM.**

DATED: August 12, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**