UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,
Plaintiff,

-against-

M. KOPP, *Acting Superintendent of Sing Sing Correctional Facility,*
Defendant.

25-CV-6907 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on August 24, 2026:

1. Petitioner has not received all filings on the docket. Accordingly, my Courtroom Deputy Clerk will mail another copy of the Habeas Package.
2. A status conference will be held on **Wednesday**, **September 9, 2026** at **11 AM** to confirm that Petitioner has received Respondent's response to the Habeas Petition. Assuming that Petitioner has received it, his opposition to the response shall be due by **November 5, 2026**, and Respondent's reply in further support shall be due by **December 8, 2026**.
3. Accordingly, it is hereby ORDERED that the Warden or other custodian responsible for Plaintiff's confinement at Sing Sing Correctional Facility: 354 Hunter Street, Ossining, NY 10562, on September 9, 2026 make the Plaintiff available for the telephonic conference at 11 AM. If the scheduled date and time presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.
4. Counsel for Defendants must: (1) send this Order to the Warden immediately; (2) contact the Sing Sing Correctional Facility to arrange the call and determine the

telephone number at which Plaintiff will be reachable at the above time and date; and

(3) dial into the teleconference line at **(646) 453-4442, Access Code: 331 407 18#,** on

**September 9, 2026 at 11 AM.**

DATED: August 24, 2026
New York, NY

SO ORDERED.

______________________________

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**