UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,
Plaintiff,

-against-

M. KOPP, *Acting Superintendent of Sing Sing Correctional Facility,*
Defendant.

25-CV-6907 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on September 9, 2026, Petitioner confirmed that he had received Respondent's motion to dismiss and reporting papers. He indicated that he is aware of the **November 5, 2026** deadline to oppose the motion to dismiss but said that he did not intend to file an opposition. I told Petitioner that if the Court did not receive an opposition by one week after the deadline (or by **November 12, 2026**), I would consider the motion fully briefed and make my recommendation to Judge Engelmayer based on the filings on the docket.

DATED: September 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**