UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,
Plaintiff,

-against-

M. KOPP, *Acting Superintendent of Sing Sing Correctional Facility,*
Defendant.

25-CV-6907 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A status conference is scheduled for **Tuesday, September 22, 2026** at **11 AM.** Accordingly, it is hereby ORDERED that the Warden or other custodian responsible for Plaintiff's confinement at Sing Sing Correctional Facility: 354 Hunter Street, Ossining, NY 10562, no later than 11 AM, bring the Plaintiff to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel for Defendants. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Counsel for Defendants must: (1) send this Order to the Warden immediately; (2) contact the Sing Sing Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) **dial into the teleconference line at (646) 453-4442, Access Code: 475 668 907#** on **Tuesday, September 22, 2026 at 11 AM.**

DATED: September 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**