UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,
Plaintiff,

-against-

M. KOPP, *Acting Superintendent of Sing Sing Correctional Facility,*
Defendant.

25-CV-6907 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

At the status conference held on September 22, 2026, Petitioner indicated that he did not send a letter asking for his petition to be dismissed, even though the Court received such a letter (as well as a letter asking that the petition not be dismissed) on September 8, 2026. (ECF 31, 32.) He confirmed that he does not want the petition to be dismissed and understands that he must mail any opposition to the Court by **November 5, 2026**, and that if the Court has not received his opposition by **November 12, 2026**, I will address the motion to dismiss the petition (ECF 25) based on the filings on the docket, taking into account the deferential standard applied to pro se filings. (*See* ECF 30.)

DATED: September 22, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**